IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/13/20 8:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
**GREGG L. SILBERMAN**
**VANESSA L. SILBERMAN**
**A/K/A VANESSA LYNN SILBERMAN**
    Debtors

BK. No. 20-20463 GLT

Chapter No. 07

Related to Dkt. No. 17
Hearing: May 12, 2020 at 10:00 a.m.

**FREEDOM MORTGAGE CORPORATION**
    Movant
    v.
**GREGG L. SILBERMAN**
**VANESSA L. SILBERMAN**
**A/K/A VANESSA LYNN SILBERMAN**

11 U.S.C. §362

and
**JEFFREY J. SIKIRICA (TRUSTEE)**
    Respondents

### MODIFIED ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 13th day of May 2020, upon Motion of **FREEDOM MORTGAGE CORPORATION** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtors and Debtors counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to the premises at 2130 ENGLISH TURN DRIVE, PRESTO, PA 15142, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Thomas Song, Esq.