## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No.: 20-20463-GLT |
| GREGG L. SILBERMAN ) | |
| VANESSA L. SILBERMAN ) | Chapter 7 |
| ) | |
| Debtor. ) | Docket No.: _____ |
| ) | |
| JEFFREY J. SIKIRICA, TRUSTEE ) | |
| ) | Related to Doc. Nos. 56, 64, 65, 66, 69 & 70 |
| Movant, ) | |
| vs. ) | |
| ) | |
| GREGG L. SILBERMAN, VANESSA ) | |
| L. SILBERMAN, TREASURER OF THE ) | |
| COUNTY OF ALLEGENY, JORDAN ) | |
| TAX SERVICE, INC., TOWNSHIP OF ) | |
| COLLIER – MUNICIPAL AUTHORITY, ) | |
| PENNSYLVANIA AMERICAN WATER ) | |
| COMPANY, FREEDOM MORTGAGE ) | |
| CORPORATION, WESBANCO ) | |
| BANK, INC., BARCLAY'S BANK ) | |
| DELAWARE, AMERICAN EXPRESS ) | |
| BANK FSB, AMERICAN EXPRESS ) | |
| CENTURION BANK, CLUB AT ) | |
| NEVILLEWOOD, MIDLAND ) | |
| FUNDING LLC, NEVILLEWOOD ) | |
| HOME OWNERS ASSOCIATION, ) | |
| TYLER J. ABBOTT and DENISE ) | |
| BORTOLOTTI ) | |
| Respondents ) | |

### ORDER OF COURT

**AND NOW** this _____ day of **September,** **2021**, after a Zoom Status Conference held on September 9, 2021 concerning the closing on the Bankruptcy Court approved sale entered at Docket 56 for real property located 2130 English Turn Drive, Presto, Allegheny County, Pennsylvania 15142 (hereinafter "English Turn Drive") at which said conference the Debtor and his counsel, the buyers, representatives from BK Global, seller's and buyer's agent and the Trustee as seller all participated,

**IT IS ORDERED, ADJUDGED and DECREED** that

1) the deadline to close on the Bankruptcy Court approved sale of English Turn Drive is extended from September 17, 2021 until October 1, 2021;

2) the Debtor, Gregg L. Silberman will complete the removal of his personal belongings and vacate English Turn Drive by 5:00 p.m. on September 27, 2021 regardless of any further Covid diagnoses or any other intervening event and failure to meet this deadline will result in further action by this Honorable Court including sanctions or other remedial actions as the Court determines are necessary;

3) the Debtor is to provide and pay for a cleaning service which is agreeable to the buyers, Tyler J. Abbott and Denise Bortolotti to clean and disinfect English Turn Drive for the Covid virus and to complete such work after the Debtor has vacated English Turn Drive but no later than September 28, 2021; and,

4) any commissions payable from the closing to estate professionals shall be held in escrow pending a determination as to the cause of any communication breakdown in this case .

Prepared By. Jeffrey J. Sikirica

BY THE COURT:

_____
Gregory L. Taddonio
Judge United States Bankruptcy Court

Consented to by:

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
Attorney for the Trustee
PA ID 36745
121 Northbrook Drive
Gibsonia, PA  15044
(724) 625-2566
SikiricaLaw@zoominternet.net

/s/ Shawn N. Wright
Shawn N. Wright, Esquire
Attorney for the Debtor,
Gregg L. Silberman
PA ID 64103
7240 McKnight Road
Pittsburgh, PA  15237
(412) 920-6565
shawn@shawnwrightlaw.com

Consented to by:

| | |
|---|---|
| /s/ Robert Shiller | /s/ Denise Bortolotti |
| Robert Shiller, VP Operations | Denise Bortolotti |
| BK Global | Buyers' Agent & Buyer |
| 1095 Broken Sound Parkway | Remax Home Center |
| Suite 100 | 3328 Washington Road |
| Boca Raton, FL  33487 | McMurray, PA  15317 |
| (855) 658-1254 Ext 7411 | (412) 515-7199 |
| rshiller@bkginc.com | denise.remax.pgh@gmail.com |

3